In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for Opening and Extending Northern Boulevard (Jackson Avenue-Broadway) in the Borough of Queens.

FLORENCE S. BARTO et al., Respondents.

(Argued March 3, 1936; decided April 14, 1936.)

*Paul Windels, Corporation Counsel (Phillip W. Haberman, Jr., Paxton Blair* and *Reuben Levy* of counsel), for appellant.

*Clinton T. Roe* and *Charles P. Kramer* for Florence S. Barto et al., respondents.

*Abraham Daniels* for Northprince Boulevard Holding Co., Inc., respondent.

Order affirmed, with costs. The points raised on the appeal are not before us as not having been presented on the trial. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.